# United States Court of Appeals
## For the First Circuit

No. 24-1673

LUANITA LANE,

Plaintiff - Appellant,

v.

MICHELLE WU, Mayor of Boston; BRITTANY VO, DCF Investigator - Social Worker; LONDON LEE, Mentor from Perry Elementary School; STEVEN LEE, Attorney for Suffolk County Juvenile Court; RANDI H. GOLDMAN; MICHELLE WU'S MOTHER; MICHELLE WU'S AUNT; MICHELLE WU'S FATHER,

Defendants - Appellees.

Before

Barron, Chief Judge,
Gelpí, and Aframe, Circuit Judges.

**JUDGMENT**

Entered: June 17, 2025

In the action underlying this appeal, pro se plaintiff-appellant Luanita Lane alleged, among other things, that many prominent individuals had subjected her to cruel medical abuses against her will. The district court granted in forma pauperis status and then screened the complaint under 28 U.S.C. § 1915(e)(2)(B)(i). The district court concluded the complaint lacked any arguable basis in law or fact and thus dismissed it. Lane noticed this appeal and, in her appellate filings, offers no meaningful challenge to the district court's assessment. Accordingly, we conclude that affirmance is in order.

Lane's request for appointed appellate counsel, and any other request(s) contained in her appellate filings, are **DENIED**. The judgment of the district court is summarily **AFFIRMED**. See 1st Cir. Local R. 27.0(c).

This appeal and the action underlying it are part of a series of frivolous actions and appeals Lane has pursued over the past several years. We discourage Lane, in the strongest of terms, from pursuing further actions and appeals based on theories and allegations like those reflected in the

underlying complaint. If Lane continues to pursue frivolous actions and appeals, filing restrictions may be imposed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Luanita Lane
Andrea J. Campbell